**Tom McAvity, 034403**
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Email: documents@phxfreshstart.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WILLIAM HERBERT WALKER, V,<br><br>and,<br><br>MIRIAM SHIRAN WALKER,<br><br>Debtors. | Chapter: 13<br><br>Case No. 2:20-bk-03990-MCW<br><br>**NOTICE OF HEARING ON OBJECTION TO PROPOSED DISMISSAL** |

PLEASE TAKE NOTICE that on **October 22, 2020 at 1:30 PM, a hearing will be had on the Debtors' Objection to Proposed Dismissal.**

Per the Court's General Order 20-3 all appearances will be by telephone, the parties are to call (877) 402-9753, Access code 7471798 a few minutes prior to the hearing time. A copy of the Debtor's Objection is attached hereto.

Dated: September 23, 2020

                                        Respectfully submitted:

                                        /s/ Tom McAvity
                                        Tom McAvity, 034403
                                        Phoenix Fresh Start Bankruptcy
                                        4602 E Thomas Rd, Ste S-9
                                        Phoenix, AZ 85018

## CERTIFICATE OF SERVICE

Original of the foregoing filed ECF and Copies mailed/emailed on this the 23rd day of September 2020 to:

Objection

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Edward Maney
Chapter 13 Trustee
101 N. First Ave #1775
Phoenix, AZ 85003
service@maney13trustee.com

Creditors appearing on
the attached Master Mailing List


/s/ Tom McAvity

Objection

AD ASTRA RECOVERY
7330 WEST 33RD STREET NORTH
SUITE 118
WICHITA KS 67205


AES/PHEAA
ATTN: BANKRUPTCY
PO BOX 2461
HARRISBURG PA 17105


AMCOL SYSTEMS, INC.
ATTN: BANKRUPTCY
PO BOX 21625
COLUMBIA SC 29221


ARIZONA DEPARTMENT OF REVENUE
ATTENTION BK PAYMENT UNIT
2005 N CENTRAL AVE, STE 100
PHOENIX AZ 85004-1546


BUREAU OF MEDICAL ECONOMICS
ATTN: BANKRUPTCY
PO BOX 20247
PHOENIX AZ 85036


CAINE & WEINER
ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD
SHERMAN OAKS CA 91411


CAMELBACK FINANCE INC/CACTUA JACKS
ATTN: BANKRUPTCY
2440 W CAMELBACK RD
PHOENIX AZ 85015


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130


CREDIT MANAGEMENT, LP
ATTN: BANKRUPTCY
PO BOX 118288
CARROLLTON TX 75011

```
DANIELS JEWELERS
ATTN: BANKRUPTCY
PO BOX 3750
CULVER CITY CA 90231


DELIVERY FINANCE SERVICE, LLC
ATTN: BANKRUPTCY
3710 W GREENWAY ROAD, SUITE 131
SCOTTSDALE AZ 85254


DEPARTMENT OF EDUCATION/NELNET
ATTN: CLAIMS
PO BOX 82505
LINCOLN NE 68501


DIVERSIFIED ADJUSTMENT SERVICES, INC
DASI-BANKRUPCTY
PO BOX 32145
FRIDLEY MN 55432


EASY FIN PHO
1223 N ROCK RD
WICHITA KS 67206


FIRST LOAN
PO BOX 1536
LOWER LAKE CA 95457


FIRSTBANK OF COLORADO
ATTN: BANKRUPTCY
PO BOX 150097
LAKEWOOD CO 80215


FLAGSHIP CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
PO BOX 965
CHADDS FORD PA 19317


GRAND CANYON UNIVERSITY
ATTN: BANKRUPTCY
PO BOX 11097
PHOENIX AZ 85061
```

HEALTHCARE COLLECTIONS, LLC
ATTN: BANKRUPTCY DEPT
PO BOX 82910
PHOENIX AZ 85071


INBOX LOAN
PO BOX 881
SANTA ROSA CA 95402


IRS
CENTRAL INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JEFFERSON CAPITAL SYSTEMS, LLC
ATTN: BANKRUPTCY
16 MCLELAND ROAD
SAINT CLOUD MN 56303


LVNV FUNDING/RESURGENT CAPITAL
ATTN: BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603


MERCHANTS & MEDICAL CREDIT CORP
ATTN: BANKRUPTCY
6324 TAYLOR DRIVE
FLINT MI 48507


NAVIENT
ATTN: BANKRUPTCY
PO BOX 9640
WILKES-BARRE PA 18773


NAVIET
ATTN: CLAIMS DEPT
PO BOX 9500
WILKES-BARR PA 19773


PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLD VA 23502

Walker, V, William and Miriam - 2:20-bk-03990

PROGRESSIVE MANAGEMENT SYSTEMS
ATTN: BANKRUPTCY DEPARTMENT
1521 W CAMERON AVE., FIRST FLOOR
WEST COVINA CA 91790


REVENUE ENTERPRISES, LLC.
ATTN: BANKRUPTCY
PO BOX 441368
AURORA CO 80044


SANTANDER CONSUMER USA
ATTN: BANKRUPTCY
10-64-38-FD7  601 PENN ST
READING PA 19601


SOUTHERN AUTOMOTIVE FI
ATTN: BANKRUPTCY
5900 LAKE ELLENOR STE 500
ORLANDO FL 32809


SUNBIT, INC
10940 WILSHIRE BLVD
LOS ANGELES CA 90024


US COLLECTIONS WEST IN
ATTN: BANKRUPTCY
PO BOX 39695
PHOENIX AZ 85069